AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT     ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography;
Forfeiture Allegation.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT.

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION** APR 2 3 2008

FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ DANNY J. WILSON

DISTRICT COURT NUMBER
**CR 08-0262    SBA**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): JAMES C. MANN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET FOR DANNY J. WILSON

**Count 1**: 18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography.

    (1)    Imprisonment:    Maximum 20 Years.
                                                Mandatory Minimum 5 Years.
    (2)    Fine:    $250,000.
    (3)    Supervised release:    Minimum 5-year Term.
    (4)    Special assessment:    $100.00.

**Count 2**: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography.

    (1)    Imprisonment:    Maximum 10 Years.
    (2)    Fine:    $250,000.
    (3)    Supervised release:    Minimum 5-year Term.
    (4)    Special assessment:    $100.00.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND



## CR08-0262 SBA

UNITED STATES OF AMERICA,

V.

DANNY J. WILSON,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography;
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography;
Forfeiture Allegation.

---

A true bill.

_Laurie K. S_____  Deputy  Foreman

Filed in open court this __23__ day of

__April, 2008__.

_____ Clerk

_Wayne D. Brazil_  Bail, $ _No bail arrest warrant._

4-23-08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
2008 APR 23 PM 12:01

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DANNY J. WILSON, <br> Defendant. | No. CR08-0262 SBA <br><br> VIOLATIONS: 18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography; Forfeiture Allegation. <br><br> OAKLAND VENUE |

# INDICTMENT

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography)

On or about April 19, 2004, in the Northern District of California and elsewhere, the defendant,

DANNY J. WILSON,

did knowingly transport and ship in interstate or foreign commerce by any means including by computer, visual depictions, the production of which, as he well knew, involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

INDICTMENT

1  <u>COUNT TWO</u>:         (18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography)

2        On or about September 5, 2007, in the Northern District of California, the defendant,

3                                DANNY J. WILSON,

4  did knowingly possess matters which contained visual depictions that had been shipped and

5  transported in interstate or foreign commerce, and which depictions were produced using

6  materials that had been so shipped and transported in interstate or foreign commerce, by any

7  means including by computer, where the producing of such visual depictions, as he well knew,

8  involved the use of a minor engaging in sexually explicit conduct and such visual depictions

9  were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

10 <u>FORFEITURE ALLEGATION</u>:      (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

11       Upon conviction of the offense alleged in Counts One or Two, the defendant,

12                               DANNY J. WILSON,

13 shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)

14 and (a)(3), all visual depictions described in Title 18, United States Code, Section 2252, and all

15 property, real or personal, used or intended to be used to commit or promote the commission of

16 the offenses of conviction, including, but not limited to the computer described as an Apple

17 tower computer (missing front and top cover) with no serial number (there is a label with part

18 number 620-1100-8AC and bar code JK7274964TQA on the front of the computer), as well as

19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

INDICTMENT

1 | the Iomega Zip 100 drive with a Zip disk located inside, seized from defendant's residence on
2 | September 5, 2007.
3 |
4 | DATED:    April 23, 2008                    A TRUE BILL.
5 |
6 |                                              Deputy FOREPERSON *(signature)*
7 | JOSEPH P. RUSSONIELLO
   | United States Attorney
8 |
9 | *(signature)*
10 | W. DOUGLAS SPRAGUE
    | Chief, Oakland Branch
11 |
12 | (Approved as to form:  *(signature)* )
    |                       AUSA J.C. MANN
13 |

INDICTMENT