1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
6      1301 Clay Street, Suite 340-S
       Oakland, California 94612
7      Telephone: (510) 637-3705
       Facsimile: (510) 637-3724
       E-Mail:    James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

FILED
2008 APR 23 PM 12: 00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                     OAKLAND DIVISION

13  UNITED STATES OF AMERICA,         )   No. CR 08-0262 SBA
                                      )
14            Plaintiff,              )   SEALING APPLICATION AND
                                      )   SEALING ORDER
15     vs.                            )
                                      )
16  DANNY J. WILSON,                  )
                                      )
17            Defendant.              )
                                      )
18                                    )
                                      )
19  _____)

20     The United States requests that the Indictment, Penalty Sheet, and Arrest Warrant in the
21  above-captioned case filed with the Court on April 23, 2008, be filed under seal until further
22  order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the
23  United States Attorney's Office or the Federal Bureau of Investigation). The reason for this
24  request is to facilitate the arrest of the defendant. Revealing the Indictment may compromise the
25  arrest of the defendant.
26  ////
27  ////
28  ////

Document No.
2V
District Court
Criminal Case Processing

SEALING APPLICATION AND ORDER

1     WHEREFORE, I respectfully request that the Court issue an Order granting this

2 Application.

3 DATED: April 23, 2008

                                      Respectfully submitted,

4                                         JOSEPH P. RUSSONIELLO
                                        United States Attorney

7                                         JAMES C. MANN
                                        Assistant United States Attorney

10                                     **ORDER**

11     On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed

12 with the Court on April 23, 2008, shall be filed under seal until further order of the Court (except

13 that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's

14 Office or the Federal Bureau of Investigation).

15     IT IS SO ORDERED.

18 DATED: 4-23-08                           HONORABLE WAYNE D. BRAZIL
19                                         UNITED STATES MAGISTRATE JUDGE