| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 10 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 4/28/08 10:10:57-10:20:35 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 4/28/08 | NEW CASE ☐ | CASE NUMBER CR-08-00262-SBA |

**APPEARANCES**

| DEFENDANT DANNY J. WILSON | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY James Mann | INTERPRETER None | | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Amy Berthelsen | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR 5 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT 5 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED**

**APR 2 8 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS 4/28/08 | ☒ ADVISED OF CHARGES 4/28/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 2 CTS. WITH FORFEITURE ALLEGATION | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | PASSPORT ☐ SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO ALL COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: 5/1/08 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & 5/1/08 FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

The govt's atty. moved to unseal the Indictment - motion GRANTED. INDICTMENT ORDERED UNSEALED. The deft. was given a financial affidavit form by the Clerk. Request for discovery was made by the deft's atty. to the govt's atty. By the end of this week, discovery shall be provided by the govt's atty. to the deft's atty. The deft. will not be interviewed by Pret. Svcs. unless & until the deft's atty. notifies Pret. Svcs.

cc: WDB's Stats, Pret. Svcs., Lisa

DOCUMENT NUMBER: