PROPOSED ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: WILSON, DANNY JOE

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR08-00262-1 SBA

DATE: May 8, 2008

FILED
MAY 8 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Amelia A. Berthelsen

510-637-3753
TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail ~~Review~~ Hearing in Courtroom No. 4 on May 22, 2008 at 10:00 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____  _____
JUDICIAL OFFICER           DATE
Wayne D. Brazil            5-8-08

Cover Sheet (03/26/08)

cc: WDB's Stats, Copy to parties via ECF
Copy of Cover sheet only  Pretrial, Lisa