UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date:6/3/08

CR 08-00262SBA                           JUDGE: SAUNDRA BROWN ARMSTRONG

DANNY J. WILSON                          Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

STEVE CORIGGAN                           JOYCE LEAVITT
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark              DIANE SKILLMAN
                                              Court Reporter

Interpreter                              Probation Officer

PROCEEDINGS

**REASON FOR HEARING:**    STATUS - HELD

**RESULT OF HEARING:**    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 6/17/08

JUDGMENT:

PROCEEDINGS

Case Continued to  6/17/08   for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____ for Change of Plea @ 11:00 a.m.
cc: