## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date:6/17/08

CR 08-00262SBA                    **JUDGE**: SAUNDRA BROWN ARMSTRONG

WILSON                        Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

JAMES MANN                    JOYCE LEAVITT
U.S. ATTORNEY                 ATTORNEY FOR DEFENDANT(S)

Deputy Clerk:  Lisa R. Clark          STARR WILSON
                              Court Reporter

_____        _____
 Interpreter                       Probation Officer
                    PROCEEDINGS

REASON FOR HEARING:   STATUS - HELD

RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE
PREPARATION OF COUNSEL UNTIL 7/8/08; GOVERNMENT'S REQUEST TO UNSEAL THE
SEARCH WARRANTS IN 07-70614 IS GRANTED; GOVERNMENT TO SUBMIT ORDER FOR
THE COURTS' SIGNATURE

          JUDGMENT:

                    PROCEEDINGS

Case Continued to  7/8/08            for Further Status/Trial Setting/ Motion Setting/Evidentiary
Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to_____for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the
(Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: