UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANNY J. WILSON,<br><br>    Defendant. | No. 08-00262-SBA<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST TO UNSEAL APPLICATIONS AND AFFIDAVITS FOR SEARCH WARRANTS |

Having considered the United States' request on June 17, 2008 to unseal the applications and affidavits for search warrants filed in connection with the above-entitled matter to allow those documents to be produced to defense counsel, it is hereby ORDERED that:

1. The Application and Affidavit For Search Warrant and Affidavit In Support Of Application For Search Warrant filed in the matter entitled: "In Re Search Of Apple Tower Computer Marked As Part Number 620-1100-8AC And Bar Code JK7274964TQA And The Iomega Zip 100 Drive With A Zip Disk Located Inside," Case No. 4-07-70614 WDB shall be unsealed.

2. The Application and Affidavit For Search Warrant and Affidavit In Support Of Application For Search Warrant filed in the matter entitled: "In Re Search Of

////

[PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST TO UNSEAL APPLICATIONS AND AFFIDAVITS FOR SEARCH WARRANTS
No. 08-00262-SBA

1  'Eyemkinkyru2@aol.com' Email Address at America Online, 466 Ellis Street, Mountain View,
2  California 94043," Case No. 4-07-70614 WDB shall be unsealed.

4  DATED:_____                    _____
                                              HON. SAUNDRA BROWN ARMSTRONG
5                                             United States District Judge

[PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST TO UNSEAL APPLICATIONS AND
AFFIDAVITS FOR SEARCH WARRANTS
No. 08-00262-SBA