1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-00262-SBA |
| Plaintiff, ) | ORDER GRANTING GOVERNMENT'S REQUEST TO UNSEAL APPLICATIONS AND AFFIDAVITS FOR SEARCH WARRANTS |
| v. ) | |
| DANNY J. WILSON, ) | |
| Defendant. ) | |

Having considered the United States' request on June 17, 2008 to unseal the applications and affidavits for search warrants filed in connection with the above-entitled matter to allow those documents to be produced to defense counsel, it is hereby ORDERED that:

1. The Application and Affidavit For Search Warrant and Affidavit In Support Of Application For Search Warrant filed in the matter entitled: "In Re Search Of Apple Tower Computer Marked As Part Number 620-1100-8AC And Bar Code JK7274964TQA And The Iomega Zip 100 Drive With A Zip Disk Located Inside," Case No. 4-07-70614 WDB shall be unsealed.

2. The Application and Affidavit For Search Warrant and Affidavit In Support Of Application For Search Warrant filed in the matter entitled: "In Re Search Of

////

ORDER GRANTING GOVERNMENT'S REQUEST TO UNSEAL APPLICATIONS AND AFFIDAVITS FOR SEARCH WARRANTS
No. 08-00262-SBA

1  'Eyemkinkyru2@aol.com' Email Address at America Online, 466 Ellis Street, Mountain View,
2  California 94043," Case No. 4-07-70614 WDB shall be unsealed.
3
4  DATED:  6/23/08                    _/s/ Saundra B Armstrong_____
                                       HON. SAUNDRA BROWN ARMSTRONG
5                                      United States District Judge

ORDER GRANTING GOVERNMENT'S REQUEST TO UNSEAL APPLICATIONS AND AFFIDAVITS FOR SEARCH WARRANTS
No. 08-00262-SBA