JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:      James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-00262-SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 22, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| DANNY J. WILSON, | ) | |
| Defendant. | ) | Date:     July 8, 2008<br>Time:    9:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

     The above-captioned matter is set on July 8, 2008 before this Court for a status hearing or motion setting. The parties request that this Court continue the hearing to July 22, 2008 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and July 22, 2008.

     The government has produced discovery, which defense counsel is currently reviewing. Additionally, defense counsel intends to request additional forensic and/or digital discovery from the government. Defendant needs additional time to review the discovery that has been produced and to investigate this matter further. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore,

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 22, 2008 AND TO EXCLUDE TIME
No. CR 08-00262-SBA

1  the parties further stipulate and request that the Court exclude time between the date of this
2  stipulation and July 22, 2008 under the Speedy Trial Act for effective preparation of counsel and
3  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

5  DATED: July 1, 2008

8        /s/  
   JAMES C. MANN                                                     /s/  
Assistant United States Attorney           JOYCE LEAVITT  
9  Counsel for United States                       Counsel for Danny J. Wilson

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 22, 2008 AND TO EXCLUDE TIME  
No. CR 08-00262-SBA

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                     OAKLAND DIVISION

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | No. CR-08-00262-SBA |
| 12        Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE |
| 13     v. | ) ) | HEARING DATE TO JULY 22, 2008 AND TO EXCLUDE TIME UNDER THE |
| 14  DANNY J. WILSON, | ) ) | SPEEDY TRIAL ACT |
| 15        Defendant. | ) ) | Date:    July 8, 2008<br>Time:    9:00 a.m. |
| 16  | ) ) | Court:   Hon. Saundra Brown Armstrong |
| 17 _____ | ) | |

18

19     The parties jointly requested that the hearing in this matter be continued from July 8, 2008 to

20 July 22, 2008, and that time be excluded under the Speedy Trial Act between July 1, 2008 and

21 July 22, 2008 to allow for the effective preparation of counsel, taking into account the exercise of

22 due diligence.  The government has produced discovery, which defense counsel is currently

23 reviewing.  Additionally, defense counsel intends to request additional forensic and/or digital

24 discovery from the government.  Defendant needs additional time to review the discovery that

25 has been produced and to investigate this matter further.  The parties agree the ends of justice

26 served by granting the continuance outweigh the best interests of the public and defendant in a

27 speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting

28

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 22, 2008 AND TO EXCLUDE TIME
No. CR 08-00262-SBA

the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from July 8, 2008 to July 22, 2008, and that time between July 1, 2008 and July 22, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:_____

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 22, 2008 AND TO EXCLUDE TIME
No. CR 08-00262-SBA