UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/22/08

CR 08-00262SBA                           JUDGE: **SAUNDRA BROWN ARMSTRONG**

**DANNY J. WILSON**                      Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)


**JAMES MANN**                           **JOYCE LEAVITT**
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)


Deputy Clerk: Lisa R. Clark              **STARR WILSON**
                                         Court Reporter


Interpreter                              Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:    COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 8/12/08**


**JUDGMENT:**


**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to **9/16/08** @ 10:00 a.m. for **DECISION ON MOTION**
Brief Sched. Motion papers by **8/12/08** Opposition by **8/26/08** Reply by **9/2/08**
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: