BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for DANNY J. WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANNY J. WILSON,<br><br>Defendant. | No. CR 08-00262 SBA<br><br>**TABLE OF CONTENTS AND TABLE OF AUTHORITIES TO DEFENDANT'S REPLY RE: MOTION TO SUPPRESS EVIDENCE**<br><br>Date: September 16, 2008<br>Time: 11:00 am<br>Court: Saundra Brown Armstrong |

**TABLE OF CONTENTS**

ARGUMENT . . . . . 1

A. The Unreasonable Detention Of Mr. Wilson's Computer, After It Was Seized Without A Warrant, Violated The Fourth Amendment . . . . . 1

B. The Warrantless Seizure Of the Computer Violated The Fourth Amendment . . . 2

1. The plain-view exception does not apply to the seizure of the computer . . . . . 2

2. The exigent-circumstances exception does not apply . . . . . 4

3. The inevitable-discovery exception does not apply . . . . . 6

C. The Government Has Not Established That Mr. Wilson Validly Consented To The Search Of His Computer And His AOL Account . . . . . 8

D. The Warrant To Search Mr. Wilson's Computer Was Not Supported By Probable Cause . . . . . 9

1. The affidavit does not establish probable cause that the three images are child pornography . . . . . 9

2. The affidavit does not establish probable cause that evidence would be found on the computer when the warrant was issued . . . . . 11

E. The Good-Faith Exception Does Not Apply . . . . . 13

F. Both Warrants Included Material Misstatements And Omissions Without Which The Affidavits Would Not Have Established Probable Cause . . . . . 13

G. The Warrant Was Not Executed Within The Time Specified . . . . . 15

## TABLE OF AUTHORITIES

### FEDERAL CASES

*Bumper v. North Carolina*,
391 U.S. 543 (1968) . . . . . . . . 8

*Coolidge v. New Hampshire*,
403 U.S. 443 (1971) . . . . . . . . 4

*Illinois v. McArthur*,
531 U.S. 326 (2001) . . . . . . . . 5

*Minnesota v. Dickerson*,
508 U.S. 366 (1993) . . . . . . . . 3, 4

*Nix v. Williams*,
467 U.S. 431 (1984) . . . . . . . . 6, 7

*Sgro v. United States*,
287 U.S. 206 (1932) . . . . . . . . 15

*United States v. Adjani*,
452 F.3d 1140 (9th Cir. 2006) . . . . . . . . 6

*United States v. Battershell*,
457 F.3d 1048 (9th Cir. 2006) . . . . . . . . 10, 11

*United States v. Bautista*,
362 F.3d 584 (9th Cir. 2004) . . . . . . . . 8, 9

*United States v. Beusch*,
596 F.2d 871 (9th Cir. 1979) . . . . . . . . 4

*United States v. Brunette*,
256 F.3d 14 (1st Cir. 2001) . . . . . . . . 10, 11

*United States v. Carey*,
172 F.3d 1268 (10th Cir. 1999) . . . . . . . . 3, 4

*United States v. Chan-Jiminez*,
125 F.3d 1324 (9th Cir. 1997) . . . . . . . . 8

*United States v. Comprehensive Drug Testing, Inc.*,
513 F.3d 1085 (9th Cir. 2008) . . . . . . . . 4, 6

*United States v. Craighead*,
___ F.3d ___, 2008 WL 3863709 (No. 07-10135) . . . . . . . . 8

*United States v. Gantt*,

194 F.3d 987 (9th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*United States v. Giberson*,
527 F.3d 882 (9th Cir. 2008) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5

*United States v. Hall*,
142 F.3d 988 (7th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*United States v. Hill*,
459 F.3d 966 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6, 10, 11

*United States v. Jones*,
72 F.3d 1324 (7th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*United States v. Jones*,
286 F.3d 1146 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*United States v. Kelley*,
482 F.3d 1047 (9th Cir. 2007) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*United States v. Kow*,
58 F.3d 423 (9th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*United States v. Lacy*,
119 F.3d 742 (9th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*United States v. Lang*,
149 F.3d 1044 (9th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*United States v. Leon*,
468 U.S. 897 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*United States v. Licata*,
761 F.2d 537 (9th Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 4, 5

*United States v. Luong*,
470 F.3d 898 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*United States v. Martin*,
157 F.3d 46 (2d Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

*United States v. McElrath*,
759 F. Supp. 1391 (D. Minn. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*United States v. Mejia*,
69 F.3d 309 (9th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*United States v. Ojeda*,
276 F.3d 486 (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*United States v. Place*,
462 U.S. 696 (1983) . . . . . . . . . . 5

*United States v. Reilly*,
224 F.3d 986 (9th Cir. 2000) . . . . . . . . . . 6, 7

*United States v. Respress*,
9 F.3d 483 (6th Cir. 1993) . . . . . . . . . . 2

*United States v. Riccardi*,
405 F.3d 852 (10th Cir. 2005) . . . . . . . . . . 12

*United States v. Satterfield*,
743 F.2d 827 (11th Cir. 1984) . . . . . . . . . . 7

*United States v. Tamura*,
694 F.2d 591 (9th Cir. 1982) . . . . . . . . . . 6

*United States v. Wong*,
334 F.3d 831 (9th Cir. 2003) . . . . . . . . . . 3

*United States v. Zimmerman*,
277 F.3d 426 (3d Cir. 2002) . . . . . . . . . . 12

*Welsh v. Wisconsin*,
466 U.S. 740 (1984) . . . . . . . . . . 4

*Williamson*,
439 F.3d 1125 (9th Cir. 2006) . . . . . . . . . . 15

**STATE CASES**

*United States v. Ogden*,
2008 WL 2247074 (W.D. Tenn. 2008) . . . . . . . . . . 3

**FEDERAL STATUTES**

18 U.S.C. ¶ 2256(2) . . . . . . . . . . 10