1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone: (510) 637-3705
7  Facsimile: (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )  No. CR-08-00262-SBA
                                       )
14         Plaintiff,                  )  GOVERNMENT'S REQUEST FOR
                                       )  LEAVE TO FILE SUPPLEMENTAL
15     v.                              )  DECLARATION IN SUPPORT OF ITS
                                       )  OPPOSITION TO DEFENDANT'S
16  DANNY J. WILSON,                   )  MOTION TO SUPPRESS EVIDENCE
                                       )
17         Defendant.                  )  Date:  September 16, 2008
                                       )  Time:  11:00 a.m.
18                                     )  Court: Hon. Saundra Brown
                                       )         Armstrong
19  _____)

20         Pursuant to Crim. L. R. 47-2(d) and Civil L. R. 7-3(d), the United States of America

21  respectfully requests leave of court to file the attached Supplemental Declaration of S. Cort

22  Dugan In Support Of Government's Opposition To Defendant's Motion To Suppress Evidence.

23  In Defendant's Reply Re: Motion To Suppress Evidence filed on September 2, 2008, defendant

24  argues that, although the government establishes that Danny J. Wilson invited the FBI agents into

25  his residence, the government does not provide sufficient facts to establish that the computer

26  seized was within plain view of the agents from their lawful position once inside Wilson's

27  residence. Defendant's Reply at 3:5-14. Defendant further poses the hypothetical: "If, for

28  example, Mr. Wilson led the agents to his living room and the computer was in a closet in his

GOVERNMENT'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION
No. CR-08-00262-SBA                     -1-

bedroom, the agents may not have been lawfully in a place from which the computer was in plain view and may not have had lawful access to it." Defendant's Reply at 3:11-13.

The attached supplemental declaration establishes that Wilson invited the FBI Agents into the living room and kitchen area of his apartment, where the interview took place. Wilson gestured toward the computer, and Special Agent S. Cort Dugan was able to plainly see the seized computer in the living room area of the apartment during his interview of Wilson.

The United States respectfully requests that this Court grant this request for leave of court to file the attached supplemental declaration. The attached supplemental declaration will provide this Court with a more complete factual record upon which to consider defendant's motion to suppress.

DATED: September 3, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
JAMES C. MANN
Assistant United States Attorney

Pursuant to Crim. L. R. 47-2(d) and Civil L. R. 7-3(d), the government's Request For Leave To File Supplemental Declaration In Support Of Its Opposition To Defendant's Motion To Suppress Evidence is hereby **GRANTED**.

DATED:_____

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

# ATTACHMENT A

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JAMES C. MANN (CABN 221603)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612<br>Telephone: (510) 637-3705 |
| 7 | Facsimile: (510) 637-3724<br>E-Mail: James.C.Mann@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00262-SBA | |
| Plaintiff, | ) ) | SUPPLEMENTAL DECLARATION OF S. CORT DUGAN IN SUPPORT OF | |
| v. | ) ) | GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS | |
| DANNY J. WILSON, | ) | EVIDENCE | |
| Defendant. | ) ) ) ) ) | Date: September 16, 2008<br>Time: 11:00 a.m.<br>Court: Hon. Saundra Brown Armstrong | |

I, S. Cort Dugan, declare as follows:

1. I have been employed by the Federal Bureau of Investigation ("FBI") as a Special Agent since January 2005. Since December 18, 2007, I have been assigned to the Counter Terrorism Squad in the San Francisco Division. Between June 6, 2005 and December 17, 2007, I was assigned to the San Francisco Criminal Cyber Squad, which investigates crimes involving computer intrusions, sexual exploitation of minors, including such exploitation via the Internet and computers, and other computer-related violations. In my capacity as a Special Agent, I have investigated a variety of violations of federal law, including possession and distribution of child pornography and the sexual exploitation of children. During the investigation of these cases, I

SUPP. DECL. OF DUGAN ISO GOV'S OPP. TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
No. CR-08-00262-SBA                    -1-

1  have participated in the execution of search and arrest warrants, and have seized evidence of
2  violations of United States laws. I have interviewed witnesses and have read official reports of
3  similar interviews by other investigators.
4      2.    I estimate that I have been involved in the investigation of approximately six cases
5  involving the possession and distribution of child pornography over the course of my
6  employment with the FBI. Additionally, I estimate that I have been involved in approximately
7  six search warrants relating to the possession and distribution of child pornography.
8      3.    I understand this supplemental declaration is being submitted in connection with
9  Danny J. Wilson's motion to suppress; accordingly, this supplemental declaration is limited to
10  some facts concerning that motion, and does not include all the information I know about
11  defendant or about the investigation underlying this case.

### The September 5, 2007 Interview Of Wilson.

13      4.    On September 5, 2007, Special Agent Hans H. Frank of the FBI and I interviewed
14  Wilson at his apartment in Concord, California. During the interview, Wilson invited us into his
15  apartment. Upon entering Wilson's apartment, Special Agent Frank and I followed Wilson
16  through the front door and into the living room and kitchen area, which was essentially one space
17  (i.e., no walls separated the kitchen area from the living room area). Throughout the interview,
18  Special Agent Frank, Wilson, and I sat and stood around the kitchen counter. The Mac computer
19  with a missing case and broken drives that Wilson stated he used to access the Internet – the
20  same computer I later seized – was located in the living room area in plain view. During the
21  interview, Wilson gestured toward the computer, which I could see from the kitchen area where I
22  stood.

24  I declare under penalty of perjury under the laws of the United States that the foregoing is
25  true and correct to the best of my knowledge and belief. Executed at San Francisco, California
26  on September 3, 2008.

                                                                    S. CORT DUGAN

SUPP. DECL. OF DUGAN ISO GOV'S OPP. TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
No. CR-08-00262-SBA        -2-