1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for DANNY J. WILSON
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )  No. CR 08-00262 SBA
                                       )
12              Plaintiff,             )  **DEFENDANT'S OPPOSITION TO**
                                       )  **GOVERNMENT'S REQUEST FOR**
13 vs.                                 )  **LEAVE TO FILE SUPPLEMENTAL**
                                       )  **DECLARATION**
14 DANNY J. WILSON,                    )
                                       )  Date: September 16, 2008
15              Defendant.             )  Time: 11:00 a.m.
   _____)  Court: Saundra Brown Armstrong
16

17       Defendant Danny Wilson opposes the government's request for leave to file a

18 supplemental declaration in support of its opposition to his motion to suppress evidence. The

19 local rules the government cites do not support allowing it to file the supplemental declaration.

20 Crim. L.R. 47-2(d); Civ. L.R. 7-3(d).

21       The government raised the plain-view argument in its opposition to Mr. Wilson's motion,

22 which it filed more than a week ago. Although it carried the burden of establishing that the

23 plain-view exception applies in this case, it did not include the facts supporting its argument in

24 the declaration from Agent Dugan that it filed at that time. It has not offered any reason for its

25 failure to present these facts at the time it filed its opposition. *See* Civil L.R. 7-5(a) (requiring

26 that facts offered to support opposition to motion be supported by affidavit or declaration). It

1  should not be allowed to do so belatedly.

2      The new declaration from Agent Dugan also includes facts about his experience that he
3  did not include in his affidavits in support of the search warrants in this case. Because these facts
4  were not before the magistrate that issued the warrants, and because they were presented only
5  belatedly to this Court, the Court should not allow the government to supplement the record with
6  these facts.

7      For these reasons, Mr. Wilson respectfully asks the Court to deny the government's
8  request to file Agent Dugan's supplemental declaration in support of its opposition to Mr.
9  Wilson's motion to suppress.

10 Dated:

11                 Respectfully submitted,

12                 BARRY J. PORTMAN
                  Federal Public Defender

13

14                      /S/

15                 JOYCE LEAVITT
                  Assistant Federal Public Defender

16

17

18

19

20

21

22

23

24

25

26

WILSON OPP. TO SUPP. DECL.
No. CR 08-00262 SBA                 2