1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3705
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                            OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00262-SBA |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S REQUEST FOR |
| | ) | LEAVE TO FILE SUPPLEMENTAL |
| v. | ) | DECLARATION IN SUPPORT OF ITS |
| | ) | OPPOSITION TO DEFENDANT'S |
| DANNY J. WILSON, | ) | MOTION TO SUPPRESS EVIDENCE |
| | ) | |
| Defendant. | ) | Date:   September 16, 2008 |
| | ) | Time:   11:00 a.m. |
| | ) | Court:  Hon. Saundra Brown Armstrong |
| | ) | |

    Pursuant to Crim. L. R. 47-2(d) and Civil L. R. 7-3(d), the United States of America respectfully requests leave of court to file the attached Supplemental Declaration of S. Cort Dugan In Support Of Government's Opposition To Defendant's Motion To Suppress Evidence. In Defendant's Reply Re: Motion To Suppress Evidence filed on September 2, 2008, defendant argues that, although the government establishes that Danny J. Wilson invited the FBI agents into his residence, the government does not provide sufficient facts to establish that the computer seized was within plain view of the agents from their lawful position once inside Wilson's residence. Defendant's Reply at 3:5-14. Defendant further poses the hypothetical: "If, for example, Mr. Wilson led the agents to his living room and the computer was in a closet in his

GOVERNMENT'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION
No. CR-08-00262-SBA                    -1-

1  bedroom, the agents may not have been lawfully in a place from which the computer was in
2  plain view and may not have had lawful access to it." Defendant's Reply at 3:11-13.
3      The attached supplemental declaration establishes that Wilson invited the FBI Agents
4  into the living room and kitchen area of his apartment, where the interview took place. Wilson
5  gestured toward the computer, and Special Agent S. Cort Dugan was able to plainly see the
6  seized computer in the living room area of the apartment during his interview of Wilson.
7      The United States respectfully requests that this Court grant this request for leave of court
8  to file the attached supplemental declaration. The attached supplemental declaration will
9  provide this Court with a more complete factual record upon which to consider defendant's
10 motion to suppress.

12 DATED: September 3, 2008                    Respectfully submitted,
13                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney

15                                                   /s/
                                                JAMES C. MANN
16                                              Assistant United States Attorney

18      Pursuant to Crim. L. R. 47-2(d) and Civil L. R. 7-3(d), the government's Request For
19 Leave To File Supplemental Declaration In Support Of Its Opposition To Defendant's Motion
20 To Suppress Evidence is hereby **GRANTED**.

23 DATED:__9/4/08                              _Saundra B Armstrong_____
                                                HON. SAUNDRA BROWN ARMSTRONG
24                                              United States District Judge

GOVERNMENT'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION
No. CR-08-00262-SBA                    -2-