UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00262-SBA |
| | ) | |
|       Plaintiff, | ) | ORDER GRANTING STIPULATED |
| | ) | REQUEST TO CONTINUE HEARING |
|   v. | ) | DATE TO NOVEMBER 4, 2008 AND TO |
| | ) | EXCLUDE TIME UNDER THE SPEEDY |
| DANNY J. WILSON, | ) | TRIAL ACT |
| | ) | |
|       Defendant. | ) | Date:     October 21, 2008 |
| | ) | Time:    11:00 a.m. |
| | ) | Court:   Hon. Saundra Brown |
| | ) |          Armstrong |
| _____ | ) | |

The parties jointly requested that the hearing in this matter be continued from October 21, 2008 to November 4, 2008, and that time be excluded under the Speedy Trial Act between October 17, 2008 and November 4, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. On September 16, 2008, this Court granted in part and denied in part defendant's motion to suppress evidence recovered from his computer and his email account. The defendant and the government require additional time to research the impact of the Court's decision on defendant's potential sentencing exposure if he were to be convicted. Additionally, defense counsel needs additional time to review forensic and digital evidence in this matter and to investigate this matter further. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the

continuance outweigh the best interests of the public and defendant in a speedy trial.  Good

cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

October 21, 2008 to November 4, 2008, and that time between October 17, 2008 and November

4, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,

taking into account the exercise of due diligence.

DATED:10/20/08

_____

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge