1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant DANNY WILSON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                         )   No. CR 08-0262 SBA
12              Plaintiff,               )
                                         )
13          v.                           )   **AMENDED STIPULATION AND**
                                         )   **ORDER  CONTINUING CHANGE**
14                                       )   **OF PLEA DATE AND**
                                         )   **SENTENCING; EXCLUSION OF**
15  DANNY WILSON,                        )   **TIME**
                                         )
16              Defendant.               )
    _____)

17        IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

18  plea and sentencing date, currently set for March 24, 2009, at 10:00 a.m. be continued to April 21, at

19  10:00 a.m. for change of plea and sentencing.  The background is that the parties have reached a plea

20  agreement to be entered into under Fed. R. Crim. P. 11(c)(1)(C) and the Court has excluded time in

21  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(I) as it considers

22  the proposed plea agreement.  However, defense counsel has arranged for a psychological evaluation

23  of Mr. Wilson for purposes of sentencing and is awaiting a report from the psychologist.  A

24  continuance to April 21, 2009 will allow time for the evaluation to be completed and a copy of the

25

26

report to be provided to the United States Probation Officer so that he can include any relevant information in the presentence report.  A copy of the report will also be provided to the government.

The parties stipulate that the time from March 24, 2009 to April 21, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that the psychologist who evaluated Mr. Wilson can complete his evaluation and prepare a report for the parties to assist at sentencing.

United States Probation Officer Charlie Mabie has been notified and has no objection to the continuance.  He is available should the Court continue the matter to April 21, 2009.


DATED: March 2, 2009                          _____/s/_____
                                              JOYCE LEAVITT
                                              Assistant Federal Public Defender


DATED: March 2, 2009                          _____/s/_____
                                              JAMES MANN
                                              Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date, currently set for March 24, 2009, at 10:00 a.m. is hereby continued to April 21, 2009, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time from March 24, 2009 to April 21, 2009, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that the psychologist who evaluated Mr. Wilson can

complete his evaluation and prepare a report for counsel to assist at sentencing.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 3/3/09

_Saundra B Armstrong_

HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge