BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant DANNY WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DANNY WILSON,<br><br>            Defendant. | No. CR 08-0262 SBA<br><br>**STIPULATION AND ORDER CONTINUING CHANGE OF PLEA DATE AND SENTENCING; EXCLUSION OF TIME** |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date, currently set for April 21, 2009, at 10:00 a.m. be continued to May 12, 2009 at 10:00 a.m. for change of plea and sentencing.  The background is that the parties have reached a plea agreement to be entered into under Fed. R. Crim. P. 11(c)(1)(C) and the Court has excluded time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(**G**) as it considers the proposed plea agreement.  Counsel has received a copy of the psychological evaluation of Mr. Wilson this week, a copy of which it will provide to the government.  However, counsel has not yet received the final pre-sentence report or had an

*United States v. Wilson*, CR 08-0262 SBA;
Stip continuing change of plea & sentencing          - 1 -

opportunity to review it with Mr. Wilson. A continuance to May 12, 2009, will allow time for counsel to provide a copy of the psychological report to the government for its response, and to review the final presentence report with Mr. Wilson and prepare for sentencing.

Undersigned counsel has left a message for United States Probation Officer Charlie Mabie but has not yet heard whether he is available should the Court continue the matter to May 12, 2009.

DATED: April 14, 2009                /s/
                                     JOYCE LEAVITT
                                     Assistant Federal Public Defender


DATED: April 14, 2009                /s/
                                     JAMES MANN
                                     Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date, currently set for April 21, 2009, at 10:00 a.m. is hereby continued to May 12, 2009, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time continue to be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(**7**)(A) and (B)(iv) for adequate preparation of counsel to allow counsel to provide a copy of the psychological report to the government for its response, and to review the final presentence report with Mr. Wilson and prepare for sentencing. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the

1  requested continuance would unreasonably deny counsel the reasonable time necessary for effective
2  preparation, taking into account due diligence.
3      SO ORDERED.
4
5  DATED:    4/15/09                              _____
                                                  HONORABLE SAUNDRA BROWN ARMSTRONG
6                                                 United States District Judge

*United States v. Wilson*, CR 08-0262 SBA;
Stip continuing change of plea & sentencing              - 3 -