UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-00262 SBA |
| Plaintiff, | ) ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| DANNY J. WILSON, | ) ) | |
| Defendant. | ) ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on June 3, 2009, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. Apple tower computer (missing front and top cover), no serial number, (label part number 620-1100-8AC and bar code JK7274964TQA); and

2. Iomega 100 drive with Zip disk located inside.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final

1  publication of notice or of receipt of actual notice, whichever is earlier.

2  IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
3  Rules of Procedure, this Preliminary Order of Forfeiture became final as to the defendant at the
4  time of his sentencing on June 2, 2009 and as such, was made part of the sentence and included
5  in the judgment dated June 17, 2009.

6  IT IS SO ORDERED this 13TH day of JULY 2009.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 08-00262 SBA

2