UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No.  CR 08-0262 SBA |
| )  | |
| Plaintiff,        ) | **FINAL ORDER OF FORFEITURE** |
| )  | |
| v.        ) | |
| )  | |
| DANNY J. WILSON,        ) | |
| )  | |
| Defendant.        ) | |
| _____)  | |

On July 13, 2009, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, Apple tower computer (missing front and top cover), no serial number, (label part number 620-1100-8AC and bar code JK7274964TQA); and Iomega 100 drive with Zip disk located inside, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 9/24/09

SAUNDRA B. ARMSTRONG
United States District Judge